UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **Jose Mireles** | § | |
| *Plaintiff* | § § § § § | |
| v. | § | CIVIL NO.: 7:17-cv-384 |
| **Life Insurance Company of North America** | § § § § § | |
| *Defendant* | § § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Jose Mireles, Plaintiff herein, complaining of Life Insurance Company of North America, Defendant, and for cause of action would show:

1. Plaintiff, Jose Mireles resides within the McAllen Division of Southern District of Texas.

2. Defendant, Life Insurance Company of North America, (hereinafter referred to as ("LINA") is an insurance corporation duly and legally formed under the laws of Pennsylvania, which does business in the State of Texas and may be served with citation herein by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas, 75201-3136.

3. Jurisdiction is appropriate in this court as the matter in controversy arises under federal statutes. Plaintiff is entitled to recover under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"),

specifically including 29 U.S.C. § 1132 (a)(1)(B) and 29 U.S.C. § 1133. Plaintiff would show that he is a participant in or beneficiary of an employee welfare benefit plan, which includes an insurance policy issued by LINA. Plaintiff brings this action to recover past benefits, to enforce his rights under the terms of the plan, to clarify his right to future benefits under the terms of the plan, and to obtain other appropriate equitable relief.

4. Plaintiff was an employee of Waste Management since 2013 when he became disabled. Plaintiff has been determined to be Totally Disabled by the Social Security Administration under its standards. At the time he became disabled, Plaintiff was insured for Long Term Disability benefits under a policy of insurance, issued by LINA to Waste Management, identified as policy number LK0980024 and insuring Plaintiff.

5. Plaintiff properly submitted a claim to LINA identified as claim number 3044192 which was denied on January 28, 2016. Plaintiff then properly appealed to the designated fiduciary of the plan but Plaintiff's appeal was denied on November 15, 2016.

6. Plaintiff has exhausted all required administrative remedies available to him under the plan. All conditions precedent to this cause of action have been met or have occurred.

7. The policy at issue in this case was used in Texas and subject to Chapter 1701 of the Texas Insurance Code. It was offered, issued, renewed, or delivered on or after February 1, 2011. It was changed, modified, amended, or had a rate increase on or after June 1, 2011. LINA's benefit determinations are therefore subject to *de novo* review.

8. Plaintiff is entitled to recover under the civil enforcement provisions of ERISA and seeks the benefits he has been denied, clarification of his right to receive future benefits under the policy, attorney's fees and expenses incurred herein and other appropriate equitable relief.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and answer and that on final hearing, he have judgment against Defendant for his damages, plus pre-judgment and post-judgment legal interest, for costs of suit, for reasonable attorney's fees and expenses incurred and that Plaintiff have a clarification of his right to receive future benefits under the Plan, to which he may show himself justly entitled under the attending facts and circumstances.

                                                Respectfully submitted,

By:     /s/ Lloyd E. Bemis, III
        LLOYD E. BEMIS, III
        State Bar No. 02113155
        Bemis, Roach & Reed
        4100 Duval Rd.,
        Bldg. 1, Ste. 200

        Austin, Texas   78759
        (512) 454-4000
        (512) 453-6335 (facsimile)
        lbemis@brrlaw.com