United States District Court
Southern District of Texas
**ENTERED**
December 11, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE MIRELES, | § | |
| Plaintiff | § § § | |
| v. | § § | CIVIL NO.: 7:17-cv-00384 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the *Unopposed* motion of Plaintiff Jose Mireles to dismiss all claims against Defendant Life Insurance Company of North America with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Jose Mireles's Motion to Dismiss all claims against Defendant Life Insurance Company of North America with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

SIGNED this 10th day of December, 2017 at McAllen, Texas.

_____
UNITED STATES DISTRICT JUDGE

2518644v.1

APPROVED AND ENTRY REQUESTED:

BEMIS, ROACH & REED

Lloyd E. Bemis, III
State Bar No. 16967600
4100 Duval Rd.., Bldg. 1, Ste. 200
Austin, TX 78759
512/454-4000
512/453-6335 **Fax**
**E-mail:** lbemis@brrlaw.com

ATTORNEY-IN CHARGE FOR PLAINTIFF JOSE MIRELES


WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 **Fax**
Email: Linda.Wills@WilsonElser.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH AMERICA